JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212)326-3939
Facsimile: (212)755-7306
Michael J. Templeton (MT 8709)
Ross S. Barr (RB 3685)

and

77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile:   (312) 782-8585
Mark A. Cody (*pro hac vice*)
Robert E. Krebs (*pro hac vice*)

Attorneys for Defendant
South Carolina Electric & Gas Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Calpine Corporation, <u>et al.</u>, | ) | Case No. 05-60200 (BRL) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| Columbia Energy LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 07-1694 |
| | ) | |
| South Carolina Electric & Gas Company | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MICHAEL J. TEMPLETON IN SUPPORT
OF MOTION OF SOUTH CAROLINA ELECTRIC & GAS COMPANY
<u>TO WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING</u>**

1.  I am an attorney in good standing and admitted to practice law in the state of New York and before this Court. I am a member of the firm of Jones Day, counsel to Defendant South Carolina Electric & Gas Company ("SCE&G") in the above captioned adversary proceeding. I submit this declaration in connection with the motion of SCE&G for the entry of an order withdrawing the reference to the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") of the adversary proceeding captioned <u>Columbia Energy, LLC v. South Carolina Electric & Gas Company</u>, Adv. Proc. No. 07-1694 (the "Adversary Proceeding").

2.  A true and correct copy of the answer filed by SCE&G in the Adversary Proceeding is attached hereto as Exhibit A.

3.  A true and correct copy of the transcript of the January 4, 2006 hearing before the district court in the adversary proceeding captioned <u>Southern Cal. Edison Co. v. Calpine Corp.</u>, No. 05-10842 is attached hereto as Exhibit B.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 31, 2007.

_____
Michael J. Templeton