JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Michael J. Templeton (MT 8709)
Ross S. Barr (RB 3685)

    and

77 West Wacker
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Mark A. Cody (*pro hac vice*)
Robert E. Krebs (*pro hac vice*)

Counsel to South Carolina Electric & Gas Company

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| Calpine Corporation, et al., ) | Case No. 05-60200 (BRL) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ─────────────────────── ) | |
| Columbia Energy LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 07-1694 |
| ) | |
| South Carolina Electric & Gas Company ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK            )
                             )   SS:
COUNTY OF NEW YORK           )

        Denise Sciabarassi, being duly sworn, deposes and says:

    1.      The deponent resides at 188 Gardner Avenue, Jericho, New York 11753, is over 18 years of age and is not a party to the above captioned proceeding.

    2.      On June 1, 2007, deponent caused to be served a true and correct copy of the following documents:

- Motion of South Carolina Electric & Gas Company to Withdraw the Reference of Adversary Proceeding, together with the Notice of Motion of South Carolina Electric & Gas Company to Withdraw the Reference of Adversary Proceeding,

- Memorandum of Law in Support of Motion of South Carolina Electric & Gas Company to Withdraw the Reference of Adversary Proceeding,

- Declaration of Henry E. Delk, Jr. in Support of Motion of South Carolina Electric & Gas Company to Withdraw the Reference of Adversary Proceeding, and

- Declaration of Michael J. Templeton in Support of Motion of South Carolina Electric & Gas Company to Withdraw the Reference of Adversary Proceeding

upon the parties listed on the annexed service list by the manner indicated.

                                                          */s/ Denise Sciabarassi*
                                                               Denise Sciabarassi

Sworn to before me on this
4th day of June, 2007

_/s/ Alicia Farrington_
Notary Public

ALICIA FARRINGTON
NOTARY PUBLIC, State of New York
No. 01FA4968424
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 25, 2010

## SERVICE LIST

**By Federal Express**

Honorable Burton R. Lifland
U.S. Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Paul K Schwartzberg


**By Federal Express and E-mail**

Kirkland & Ellis LLP
Attorneys for the Debtors
Citigroup Ctr
153 East 53rd Street
New York, NY  10022-4611
Attn:   Richard M. Cieri
        Matthew A. Cantor
        Edward O. Sassower
        R. Burns
Email: esassower@kirkland.com, rburns@kirkland.com, mcantor@kirkland.com, rcieri@kirkland.com

Paul Weiss Rifkind Wharton & Garrison LLP
Attorneys for the Unofficial Committee of
  Second Lien Debtholders
1285 Avenue of the Americas
New York, NY  10019-6064
Attn:   Alan W Kornberg
        Andrew Rosenberg
        Elizabeth R McColm
        Maria T Vullo
        Philip G Barber
Email: akornberg@paulweiss.com, arosenberg@paulweiss.com, emccolm@paulweiss.com

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
590 Madison Ave
New York, NY 10022-2524
Attn:   Michael S Stamer
        Philip C Dublin
        Alexis Freeman
        David M Zensky
        Abid Qureshi
Email: mstamer@akingump.com, pdublin@akingump.com, afreeman@akingump.com,

Brown Rudnick Berlack Israels LLP
Attorneys for Law Debenture Trust Company of New York
  as Indenture Trustee for First Lien Noteholders,
  Counsel to First Lien Ad Hoc Committee
One Financial Center
Boston, MA 02111
Attn:   Steven B Levine
        Lisa M Kresge
Email: slevine@brownrudnick.com, lkresge@brownrudnick.com

Cadwalader Wickersham & Taft LLP
Attorneys for Ad Hoc Committee of ULC I Bondholders
One World Financial Center
New York, NY 10038
Attn:   Bruce R Zirinsky
        Gregory Petrick
        Ingrid Bagby
Email: bruce.zirinsky@cwt.com, gregory.petrick@cwt.com

Fried Frank Harris Shriver & Jacobson LLP
Attorneys for the Official Committee of Equity Security Holders
One New York Plaza
New York, NY 10004
Attn:   Gary Kaplan
        Adam Adler
Email: gary.kaplan@friedfrank.com, adlerada@friedfrank.com

Kasowitz Benson Torres & Friedman LLP
Attorneys for Ad Hoc Committee of ULC I Bondholders
1633 Broadway
New York, NY 10019
Attn:   David M Friedman
        Richard F Casher
        Jeffrey R Gleit
        Zachary T Axelrod
Email: dfriedman@kasowitz.com, rcasher@kasowitz.com, jgleit@kasowitz.com

Porzio Bromberg & Newman PC
Attorneys for Ad Hoc Committee of Holders of the Calpine
  New England Certificate Holders
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962-1997
Attn:   Warren J Martin Jr Esq
        Brett S Moore Esq
Email: wjmartin@pbnlaw.com, bsmoore@pbnlaw.com