JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Michael J. Templeton (MT 8709)
Ross S. Barr (RB 3685)

    and

77 West Wacker
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Mark A. Cody (*pro hac vice*)
Robert E. Krebs (*pro hac vice*)

Counsel to South Carolina Electric & Gas Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Calpine Corporation, et al., | ) |
| | ) Case No. 05-60200 (BRL) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| Columbia Energy LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Adv. Pro. No. 07-1694 |
| South Carolina Electric & Gas Company | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for South Carolina Electric & Gas Company (a private non-governmental entity) certifies that the following is its corporate parent, which is publicly held.

1. SCANA Corporation, a publicly held company, owns 100 percent of the outstanding stock of South Carolina Electric & Gas Company.

June 1, 2007

Respectfully submitted,

*[signature]*

Michael J. Templeton (MT 8709)
Ross S. Barr (RB 3685)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

-and-

Mark A. Cody (*pro hac vice*)
Robert Krebs (*pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

ATTORNEYS FOR SOUTH CAROLINA ELECTRIC & GAS COMPANY