USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re:                                  )   Chapter 11
                                        )
Calpine Corporation, et al.,            )   Bankruptcy Case No. 05-60200 (BRL)
                                        )   (Jointly Administered)
Debtors.                                )
                                        )
                                        )   United States District Court Civil Action
----------------------------------------)   No. 07-cv-4709 (LAK) (AJP)
                                        )
Columbia Energy LLC,                    )
                                        )   Adv. Pro. No. 07-1694
Plaintiff,                              )
                                        )
v.                                      )   **STIPULATION AND ORDER**
                                        )
South Carolina Electric & Gas Company   )
                                        )
Defendant.                              )
                                        )
                                        )
---------------------------------------- x

ELECTRONICALLY FILED

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Columbia Energy LLC and counsel for South Carolina Electric & Gas Company, as follows:

1.  The time for Columbia Energy LLC to serve and file opposing affidavits, answering memorandum of law or other responsive papers to the Motion to Withdraw Reference of Adversary Proceeding filed by South Carolina Electric & Gas Company is extended to and including June 29, 2007.

2.  The time for South Carolina Electric & Gas Company to serve and file reply affidavits, reply memorandum of law or other reply papers in connection with the Motion to

Withdraw Reference of Adversary Proceeding filed by South Carolina Electric & Gas Company is extended to and including July 18, 2007.

Total extensions under previous stipulations and orders: none.

Dated: New York, New York
June 12, 2007

KIRKLAND & ELLIS LLP

By: /s/ Andrew R. McGaan / DOE
Andrew R. McGaan (AM 7598)
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000

*Attorneys for Columbia Energy LLC*

JONES DAY

By: /s/ Michael J. Templeton
Michael J. Templeton (MT 8709)
Laura W. Sawyer (LS 4385)
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for South Carolina Electric & Gas Company*

SO ORDERED this ___ day of June, 2007

_____
Lewis A. Kaplan
United States District Judge