USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                    )   Chapter 11
                                          )
Calpine Corporation, et al.,              )   Bankruptcy Case No. 05-60200 (BRL)
                                          )   (Jointly Administered)
Debtors.                                  )
                                          )
------------------------------------------  )   United States District Court Civil Action
                                          )   No. 07-cv-4709 (LAK) (AJP)
                                          )
Columbia Energy LLC,                      )
                                          )
Plaintiff,                                )   Adv. Pro. No. 07-1694
                                          )
v.                                        )
                                          )   **STIPULATION OF WITHDRAWAL**
South Carolina Electric & Gas Company     )   **OF MOTION WITHOUT PREJUDICE**
                                          )
Defendant.                                )
                                          )
                                          )
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Columbia Energy LLC and counsel for South Carolina Electric & Gas Company, as follows:

1. The motion to withdraw the reference of the above-captioned adversary proceeding (Adv. Pro. No. 07-1694) ("Motion to Withdraw Reference of Adversary Proceeding"), which was filed by South Carolina Electric & Gas Company, is withdrawn without prejudice to the refiling of the same; and

2. The above numbered case Civil Action No. 07-cv-4709, which was assigned to the Motion to Withdraw Reference of Adversary Proceeding at the time of its filing by South Carolina Electric & Gas Company in the United States District Court for the Southern

District of New York, is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and without costs.

Dated: New York, New York
July 5, 2007

| KIRKLAND & ELLIS LLP | JONES DAY |
|---|---|
| By: *[signature]* /MDF<br>Andrew R. McGaan (AM 7598)<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>(312) 861-2000 | By: *[signature]*<br>Michael J. Templeton (MT 8709)<br>Laura W. Sawyer (LS 4385)<br>222 East 41st Street<br>New York, New York 10017-6702<br>(212) 326-3939 |
| *Attorneys for Columbia Energy LLC* | *Attorneys for South Carolina Electric & Gas Company* |

SO ORDERED this 9 day of July, 2007

*[signature]*
Lewis A. Kaplan
United States District Judge

- 2 -